```
DIANE DELORES FORD
21947 WOODSIDE DR.
SAUCIER, MS 39574-6051



THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236



BARCLAYS BANK DELAWARE
ATTN: BANKRUPTCY
PO BOX 8801
WILMINGTON, DE 19899



CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130



MARDI GRAS MEDICAL CEN
3655 NW 87TH AVE
MIAMI, FL 33178



MS HOMECARE OF WIGGINS
936 HALL ST STE F
WIGGINS, MS 39577



NORTHSTAR LOCATION SER
ATTN: FINANCIAL SERVIC
4285 GENESEE ST
BUFFALO, NY 14225-1943



SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896



US BK CACS
ATTN: BANKRUPTCY
PO BOX 5229
CINCINNATI, OH 45201
```